# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW2I | 9695801 | T. Boaz | 54 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 11/26/2024 0906 | 8 USC 1325(a) |

Place of Offense: Bambery Rd + Assink Rd, Lynden, WA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Improper Entry by alien – 1st Offense

### DEFENDANT INFORMATION

Last Name: VAGHELA
First Name: Prakashsinh

APPEARANCE IS REQUIRED — A ☐
APPEARANCE IS OPTIONAL — B ☒

Forfeiture Amount: $50
+ $30 Processing Fee
Total Collateral Due: $80

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: Vaghela Prakashsinh

*9695801*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 26, 2024 while exercising my duties as a law enforcement officer in the Western District of Washington

See Attached G-166C for probable cause statement.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2024
Officer's Signature: 54

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident